UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-154 (WMW/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT LAWRENCE STACE, )<br>)<br>     Defendant. ) | MOTION TO SUPPRESS STATEMENTS, ADMISSIONS AND ANSWERS |

Robert Lawrence Stace, through his attorney, Manny K. Atwal, moves the Court for an order suppressing all statements, admissions and answers made by the defendant. On February 24, 2020, Mr. Stace's state probation officers encountered Mr. Stace at Emerge. They believed he was viewing pornography. It was unclear what happened next, but discovery indicates that Mr. Stace made incriminating statements (at Emerge and during transport to the jail). No *Miranda* warning was given and as such the statements should be suppressed.

Dated: September 1, 2020

Respectfully submitted,

*s/Manny K. Atwal*
MANNY K. ATWAL
Attorney ID No. 282029
Attorney for Mr. Stace
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415